CONCERNED CITIZENS FOR THE PROTECTION OF WATERTOWN, INC. *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF WATERTOWN

The plaintiff's petition for certification for appeal from the Appellate Court, 118 Conn. App. 337 (AC 29658), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Kenneth R. Slater, Jr.*, in support of the petition.

*N. Warren Hess III*, in opposition.

Decided January 28, 2010

JOSE DELVALLE *v.* COMMISSIONER OF CORRECTION

The petitioner Jose Delvalle's petition for certification for appeal from the Appellate Court, 118 Conn. App. 904 (AC 30076), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*James M. Fox*, special public defender, in support of the petition.

*Susann E. Gill*, supervisory assistant state's attorney, in opposition.

Decided January 28, 2010